FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>SEARS HOLDING MANAGEMENT CORPORATION, a Delaware Corporation,<br><br>    Defendant. | No. 2:17-CV-00431-SAB<br><br>**ORDER DENYING MOTION TO DISMISS AND SETTING DEADLINE** |

On October 15, 2018, Defendant informed the Court that it filed for relief under Chapter 11 of the U.S. Bankruptcy Code, in the U.S. Bankruptcy Court for the Southern District of New York, under Case Number 18-23538. ECF No. 9.

Defendant filed a motion to close the case on December 22, 2022, due to the pending bankruptcy proceedings. ECF No. 11. By this Order, the Court denies the motion and sets a deadline for the parties to submit a Joint Status Report.

//
//
//
//

**ORDER DENYING MOTION TO DISMISS AND SETTING DEADLINE** *1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Dismiss, ECF No. 11, is **DENIED**.

2. The parties shall file a Joint Status Report on or before **March 3, 2023**, or within 10 days from resolution of the bankruptcy proceedings.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 17th day of January 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTION TO DISMISS AND SETTING DEADLINE** *2